| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Claire Kennedy<br>Deputy Federal Public Defender<br>321 East 2nd Street, Los Angeles CA 90012<br>213-894-2854 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Ubaid Gibson<br><br>DEFENDANT. | CASE NUMBER<br><br>2:24-cr-434-GW<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant  Ubaid Gibson
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____  by order dated: _____

☑ Magistrate Judge  Stephanie S. Christensen  by order dated: September 11, 2024

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
The defense appeals the Magistrate Judge's denial of bond and order of detention.

Relief sought *(be specific)*:
Mr. Gibson respectfully requests that this Court order him released under conditions including a $65,000 unsecured surety bond. This bond includes new signature bonds in the amount of $25,000, in addition to the previously presented signature bond of $40,000. Mr. Gibson will stipulate to a suspicion-less search condition, a third party custodian, and location monitoring with an ankle monitor (and home detention if necessary).

Counsel for the defendant and plaintiff United States Government consulted on September 23, 2024
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on September 23, 2024.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| September 23, 2024 | /s/ Claire Kennedy |
|---|---|
| Date | Moving Party |