CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CLAIRE KENNEDY (Bar No. 333632)
(E-Mail: claire_kennedy@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
UBAID GIBSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-434-GW |
|---|---|
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |
| v. | |
| UBAID GIBSON, | |
| Defendant. | |

Ubaid Gibson, by and through the undersigned, applies to this Court for an order that the following documents, lodged herewith, be filed under seal:

1. "Defendant's Brief in Support of Motion for Bail Review; Exhibit A; Exhibit B; Exhibit C."

//
//
//
//
//
//

1  This application is based upon the attached memorandum of points and
2  authorities and the declaration of counsel.

                                                  Respectfully submitted,

                                                  CUAUHTEMOC ORTEGA
                                                  Federal Public Defender

DATED: September 23, 2024        By  */s/ Claire Kennedy*
                                                  CLAIRE KENNEDY
                                                  Deputy Federal Public Defender
                                                  Attorneys for UBAID GIBSON

## **MEMORANDUM OF POINTS AND AUTHORITIES**

A Court has plenary supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257 (9th Cir. 1979). Local Rule 79-5.1 provides that a party may request that documents be filed under seal. Information filed with a federal court may be sealed upon a showing that there is good cause or a compelling reason to do so. *See* Fed. R. Civ. P. 5.2(d), (e); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003) (ruling that documents submitted in connection with a dispositive motion may be sealed if there is a compelling reason to do so); *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002) (applying good cause standard to request to seal documents and information produced during discovery).

Here, Mr. Gibson seeks leave to file this brief in support of his motion for bail review, as well as its corresponding exhibits, under seal because they contain detailed information about Mr. Gibson's medical history, as well as his medical records. As a result, the concerns regarding individual privacy and safety here far outweigh the minimal value to the public in obtaining the sensitive information contained in the documents submitted under seal. Should the Court deny this application, Mr. Gibson requests that this Court order the clerk to return the documents to his counsel of record.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 23, 2024

By  */s/ Claire Kennedy*
CLAIRE KENNEDY
Deputy Federal Public Defender
Attorneys for UBAID GIBSON

**DECLARATION OF COUNSEL**

I, Claire Kennedy, hereby state and declare as follows:

1. I serve as a Deputy Federal Public Defender in the Central District of California. I am assigned to represent Ubaid Gibson in the above-entitled action.

2. I believe it is necessary to file the documents set forth in this application, under seal to protect them from public exposure.

3. Assistant United States Attorney Joseph Guzman informed my office that the government does not have any objection to the relief sought in the instant application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 23, 2024        By  */s/ Claire Kennedy*
                                 CLAIRE KENNEDY
                                 Deputy Federal Public Defender
                                 Attorneys for UBAID GIBSON

4